FILED
ASHEVILLE, NC

DEC 02 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:25-CR-96-MR-WCM |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| vs. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 1542 |
| MARIA ANTONIA CERA ORDONEZ, | ) | 18 U.S.C. § 1028A |
| a/k/a Michelle Ramos Carrasco, | ) | |
| Defendant. | ) | |
| | ) | |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about the 12th day of May, 2022, in Henderson County, within the Western District of North Carolina, and elsewhere, the defendant

**MARIA ANTONIA CERA ORDONEZ**
a/k/a Michelle Ramos Carrasco

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that her name was Michelle Ramos Carrasco, which statement she knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT TWO

On or about the 12th day of May, 2022, in Henderson County, within the Western District of North Carolina, and elsewhere, the defendant

### MARIA ANTONIA CERA ORDONEZ
a/k/a Michelle Ramos Carrasco

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation of enumerated in 18 U.S.C. § 1028A(c), that being making a false statement in application and use of a passport, a violation of 18 U.S.C. § 1542, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE

On or about the 8th day of June, 2022, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant

### MARIA ANTONIA CERA ORDONEZ
a/k/a Michelle Ramos Carrasco

did willfully and knowingly use and attempt to use a passport issued under the authority of the United States, the issue of which was secured by reason of a false statement, that statement being that her name was Michelle Ramos Carrasco, which statement she knew to be false, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

GRAND JURY FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____

DON GAST
ASSISTANT UNITED STATES ATTORNEY